Certificate Number: 17082-PAM-DE-040196493

Bankruptcy Case Number: 25-02699


17082-PAM-DE-040196493

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2025, at 9:05 o'clock AM MST, ROSEMARIE M RICHARDSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 14, 2025    By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director