United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02699-MJC |
| Rosemarie Marina Richardson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 02, 2026 | Form ID: 318 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Jan 05, 2026. |
| > | Recipients marked '>' were noticed on Jan 04, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Rosemarie Marina Richardson, 742 N Pennsylvania Ave, Wilkes Barre, PA 18705-2407 |
| @5744752 | | AARP Life Insurance Program, New York Life Insurance Company, PO Box 30712, Tampa, FL 33630-3712 |
| >5744760 | + | CUNA Brokerage Services, 2000 Heritage Way, Waverly, IA 50677-9208 |
| @5744757 | | Comenity Bank Woman Within, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| >5744758 | | Comenity Bank/Jessica London, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| >5744759 | | Comenity Bank/Roamans, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| >5744763 | + | Globe Life, 3700 S Stonebridge Dr, McKinney, TX 75070-5934 |
| @5744764 | + | Jadira De La Cruz, 1915 E Jonathan St, Allentown, PA 18109-1712 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5744754 | EDI: CBS7AVE | Jan 03 2026 00:01:00 | Ashro, 3650 Milwaukee St, Madison, WI 53714-2304 |
| 5744753 | EDI: CBS7AVE | Jan 03 2026 00:01:00 | Ashro, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5744755 | EDI: CAPITALONE.COM | Jan 03 2026 00:01:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5744756 | EDI: CAPITALONE.COM | Jan 03 2026 00:01:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5744761 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:02 | First Bank Trust Mercury, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5744762 | EDI: CBS7AVE | Jan 03 2026 00:01:00 | Ginny's Inc, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5744765 + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:04 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 5744766 | Email/Text: bankruptcydpt@mcmcg.com | Jan 02 2026 19:02:00 | Midland Credit Management, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 5744767 | EDI: CBS7AVE | Jan 03 2026 00:01:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5744768 | EDI: CBS7AVE | Jan 03 2026 00:01:00 | Montgomery Ward, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5744769 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:02 | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |

| Recp | Method | Date/Time | Address |
|---|---|---|---|
| 5744770 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:02 | Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5744771 | EDI: CBS7AVE | Jan 03 2026 00:01:00 | Swiss Colony, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5744772 | ^ MEBN | Jan 02 2026 18:56:43 | Synchrony Bank/PayPal, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5744773 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:06 | WEBBANK AVANT, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 5744774 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 02 2026 19:12:04 | WEBBANK FINGERHUT, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2026         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Rosemarie Marina Richardson usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1: Rosemarie Marina Richardson (First Name, Middle Name, Last Name) | Social Security number or ITIN xxx-xx-6708<br>EIN __-_____ |
| Debtor 2 (Spouse, if filing): First Name, Middle Name, Last Name | Social Security number or ITIN ____<br>EIN __-_____ |
| United States Bankruptcy Court  Middle District of Pennsylvania | |
| Case number: 5:25-bk-02699-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rosemarie Marina Richardson
aka Rosemarie Richardson, aka Rosemarie M Richardson

1/1/26

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**